1   McGREGOR W. SCOTT
    United States Attorney

2

3   PAUL S. HAM
    Trial Attorney, Tax Division
    U.S. Department of Justice

4   P.O. Box 683
    Ben Franklin Station

5   Washington, D.C.  20044-0683
    Telephone:  (202) 307-6421

6   Facsimile:   (202) 307-0054

7   Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10                                          )
    In the Matter of the Tax Indebtedness of,   )   Civil No. 05-0451 AWI  LJO
11                                          )
    OLETA NASH.                            )   **NOTICE AND ORDER TO SHOW**
12                                          )   **CAUSE**
                                           )
13                                          )
                                           )
14                                          )
                                           )
15   _____)

16         You, Oleta Nash, is hereby notified that the United States has petitioned this Court for an

17   Order allowing the Internal Revenue Service to levy upon the real property located at 26712

18   Fonda Avenue, Madera, California 93638 ("Property") in order to sell your interest to satisfy part

19   or all of your unpaid federal income (Form 1040) and employment related (Form 941) tax

20   liabilities involving the 1992, 1993, 1996, 1999, and 2000 calendar years, as set forth in

21   paragraphs 5, 6, and 7 of the United States' Petition For Judicial Approval Of Levy Upon A

22   Principal Residence ("Petition").

23         This Court has examined the Petition and the accompanying Declaration of Marilyn

24   Collins In Support of Petition For Judicial Approval Of Levy Upon A Principal Residence

25   ("Declaration"), and it is hereby **ORDERED** that you have 25 days from the date of this Order to

26   file with the Clerk of the Court a written Objection to Petition**.**  Any written Objection to Petition

27   should demonstrate either that:

28   ////

1        A.     Your liability has been satisfied; or

2        B.     You have other assets from which the unpaid tax liabilities can be

3              satisfied; or

4        C.     Applicable laws and administrative procedures relevant to the levy were

5              not followed by the Internal Revenue Service

6     It is **FURTHER ORDERED** that if you file a written Objection to Petition with the

7 Clerk of Court, then the Court will hold a hearing, at which you must appear, on May 31, 2005,

8 at 1:30 p.m., at the United States Courthouse, 1130 "O" Street, Fresno, California 93721, in the

9 courtroom of the undersigned, to consider your objections.

10     It is **FURTHER ORDERED** that, in addition to filing your Objection to Petition with

11 the Clerk of the Court, you must also mail a copy of your Objection to Petition to the attorney

12 for the United States, Paul S. Ham, Trial Attorney, Tax Division, U.S. Department of Justice,

13 Post Office Box 683, Ben Franklin Station, Washington, D.C. 20044, on or before the filing

14 date.

15     **If you do not file an Objection to Petition within 25 days of service of this order, or**

16 **if you file an Objection to Petition but fail to appear before the Court as instructed, the**

17 **Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY**

18 **ON THE REAL PROPERTY LOCATED AT 26712 Fonda Avenue, Madera, California**

19 **93638.**

20 ////

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE       -2-

1    It is **FURTHER ORDERED** that a copy of this NOTICE AND ORDER TO SHOW

2  CAUSE, together with copies of the Petition and Declaration, shall be served upon Oleta Nash

3  within 5 days of the date of this Order, by the United States Marshal or any deputy U.S. Marshal,

4  or any Revenue Officer of the Internal Revenue Service, by delivering the foregoing copies to

5  Oleta Nash at the following address:

6       Oleta Nash
        26712 Fonda Avenue
7       Madera, California 93638

8  Service may also be completed by any other manner of service described in Rule 4(e)(1) of the

9  Federal Rules of Civil Procedure.

10

11        IT IS SO ORDERED.

12  **Dated:    April 20, 2005**                          **/s/ Anthony W. Ishii**
    0m8i78                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

8