UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of, ) | CV F 05-0451 AWI LJO |
| OLETA NASH. ) | **ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE** |

      The Internal Revenue Service has made assessments against Oleta Nash for unpaid federal income taxes, penalties, interest and other statutory additions for the 1992, 1993, and 1996 tax years. The Internal Revenue Service has made assessments against Oleta Nash for unpaid federal employment related taxes, penalties, interest, and other statutory additions for the tax periods ending December 31, 1999, March 31, 2000, June 30, 2000, September 30, 2000, and December 31, 2000. Oleta Nash remains indebted to the United States in the amount of $166,980.94 plus accrued penalties, interest, and other statutory additions.

      On April 6, 2005, the United States filed its petition for judicial approval of a levy upon Defendants' principal residence pursuant to 26 U.S.C. § 6334(e)(1)(A). On April 21, 2005 the court ordered Oleta Nash to file any objections to the petition within twenty-five days. A hearing on any objections was set for May 31, 2005.

      Oleta Nash did not file any objections and did not appear at the May 31, 2005 hearing.

      Title 26 United States Code § 6334(a)(13)(B)(i) provides the principal residence of a taxpayer is exempt from levy unless under Section 6334(e)(1)(A), a judge or magistrate of a District Court of the United States approves, in writing, the levy of such residence. According to the Conference Report for the provision, approval is warranted where the Government can show "(1)

that the requirements of any applicable law or administrative procedure relevant to the levy have been met, (2) that the liability is owed, and (3) that no reasonable alternative for the collection of the taxpayer's debt exists."   In re Lawrence, 2004 WL 2601103 (D.Ariz. 2004) (quoting IRS Restructuring and Reform Act of 1998, Conference Report to Accompany H.R. 2676, H.R. Conf. Rep. No. 105-599, 105th Cong., 2d Sess., at 267.)

The court finds that Oleta Nash has unpaid federal income tax liabilities exceeding $5,000.00.  The Internal Revenue Service has followed the requirements of applicable law and administrative procedures relevant to levy upon Oleta Nash's principal residence.   The Internal Revenue Service has attempted to satisfy Oleta's Nash's federal income tax liabilities from other property and no reasonable alternative exists to satisfy the tax liabilities.  The court issued an order, notifying Oleta Nash of the United States' petition, requiring her to file written objections to the petition with twenty-five days of service of the order and setting a hearing for May 31, 2005.  Oleta Nash did not file any objections with the court, did not appear at the May 31, 2005 hearing, and did not otherwise contact the court.

Accordingly, IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition For Judicial Approval of Levy Upon Principal Residence. The Internal Revenue Service may levy upon Oleta Nash's interest in the real property located at 26712 Fonda Avenue, Madera, California 93638 to satisfy part or all of the unpaid tax liabilities for the tax types and periods as follows: (1) income (Form 1040) - tax years ending December 31, 1992, 1993 and 1996 and (2) employment related (Form 941) - tax periods ending December 31, 1999, March 31, 2000, June 30, 2000, September 30, 2000, and December 31, 2000.

IT IS SO ORDERED.

**Dated:   May 31, 2005**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE